UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMUND MURPHY III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JBS S.A.,<br><br>Defendant. | Case No.: 1:17-cv-03084-ILG-RER<br><br>Hon. Judge I. Leo Glasser<br><br>Hon. Magistrate Judge Ramon E. Reyes, Jr.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's March 8, 2019 Order Preliminarily Approving Proposed Settlement (Dkt. No. 42) (the "Preliminary Approval Order"), on July 18, 2019, at 11:00 a.m. in Courtroom 8B South at the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201, the Honorable I. Leo Glasser, presiding, Lead Plaintiff GWI Enterprises Ltd. ("Plaintiff"), by and through its counsel, Levi & Korsinsky, LLP, will and hereby do move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) granting final approval of the proposed class action Settlement; (ii) approving of the proposed Plan of Allocation; and (iii) certifying the proposed class for the purpose of the Settlement.

This motion is based upon the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds; the Declarations of Adam M. Apton (Dkt. Nos. 40, 46), Steven Straub (Dkt. No. 47), Rafael Mathias Sugai (Dkt. No. 48), and Hon. Faith S. Hochberg (Ret.) (Dkt. No. 49); the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

Plaintiff submits a proposed judgment and proposed approval order in connection with this motion (Dkt. Nos. 44-2, 44-3).

DATED: May 16, 2019                       Respectfully submitted,

                                          By:  /s/ Adam Apton

                                          Nicholas I. Porritt
                                          Adam M. Apton
                                          LEVI & KORSINSKY, LLP
                                          55 Broadway 10th Floor
                                          New York, NY 10006
                                          Telephone: 212-363-7500
                                          Facsimile: 212-363-7171

                                          *Attorneys for Lead Plaintiff GWI Enterprises Ltd. and Lead Counsel for the Proposed Class*