**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDMUND MURPHY III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JBS S.A.,<br><br>Defendant. | Case No.: 1:17-cv-03084-ILG-RER<br><br>Hon. Judge I. Leo Glasser<br><br>Hon. Magistrate Judge Ramon E. Reyes, Jr.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR: (I) AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES; AND (II) INCENTIVE AWARDS TO PLAINTIFFS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's March 8, 2019 Order Preliminarily Approving Proposed Settlement (Dkt. No. 42) (the "Preliminary Approval Order"), on July 18, 2019, at 11:00 a.m. in Courtroom 8B South at the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201, the Honorable I. Leo Glasser, presiding, Lead Plaintiff GWI Enterprises Ltd. ("Plaintiff"), by and through its counsel, Levi & Korsinsky, LLP, will and hereby do move for: (i) an award of attorneys' fees and reimbursement of litigation expenses; and (ii) an incentive award for Plaintiff.

This motion is based upon the Memorandum of Law in Support of Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declarations of Adam M. Apton (Dkt. Nos. 40, 46), Steven Straub (Dkt. No. 47), Rafael Mathias Sugai (Dkt. No. 48), and Hon. Faith S. Hochberg (Ret.) (Dkt. No. 49); the record and proceedings in this Action; and such matters as the Court may consider at the time of the hearing.

Plaintiff submits a proposed approval order in connection with this motion. The proposed approval order is the same proposed approval order submitted in connection with Plaintiff's Motion for Final Approval (Dkt. No. 44-2). Paragraphs 22 and 23 grant the relief requested herein.

DATED: May 16, 2019								Respectfully submitted,

												By:	/s/ Adam Apton

Nicholas I. Porritt
Adam M. Apton
LEVI & KORSINSKY, LLP
55 Broadway 10th Floor
New York, NY 10006
Telephone:  212-363-7500
Facsimile:   212-363-7171

*Attorneys for Lead Plaintiff GWI Enterprises Ltd. and Lead Counsel for the Proposed Class*