**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.** DATE: **JULY 18, 2019** TIME: **11:00 a.m.**

DOCKET #: **CV-17-3084 (ILG)**

TITLE: **Edmund Murphy, III, individually and on behalf of all others similarly situated,**

***vs.***

**JBS S.A.; Gilberto Tomazoni; Wesley Mendonca Batista and Joesley Mendonca Batista**

DEPUTY CLERK: **Stanley Kessler**

COURT REPORTER: **Denise Parisi**

APPEARANCES:

For Plaintiff GWI Enterprise LTD : **Nicholas I. Porritt, Esq.**

For Def't JBS SA: **Ralph C. Ferrara, Esq.; Jonathan E. Richman, Esq.**

**CIVIL CAUSE FOR FAIRNESS HEARING**

- ✔ **Case called.**
- ✔ **Nicholas I. Porritt, Esq. present for plaintiffs. Ralph C. Ferrara, Esq. and Jonathan E. Richman, Esq. present for defendant JBS SA.**
- ✔ **A fairness hearing was held concerning the proposed class settlement agreement.**
- ✔ **Decision was reserved.**

**TIME: 1/00**